UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
CHRISTOPHER BURKE,                                                 :
:
:
                         Petitioner,                             :
:      20-CV-294 (JMF)
        -v-                                                      :
:      ORDER
:
L. FRANCIS CISSNA, et al.,                                         :
:
                         Respondents.                          :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Having reviewed Respondents' consent motion, *see* ECF No. 42, the conference previously scheduled for October 21, 2020, is hereby ADJOURNED to December 9, 2020, at 3:15 p.m. The Clerk of Court is directed to terminate ECF No. 42.

      SO ORDERED.

Dated: October 9, 2020
       New York, New York
                                                JESSE M. FURMAN
                                     United States District Judge